UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SELINA XINICO TOL, on behalf of herself and all   :
others similarly situated,   :

  :

Plaintiff,   :

  :

-against-   :    **CONSENT TO SUE**

  :

DIGITAL DIRECT AND MORE INC. d/b/a   :
FULLFILLMENT CENTER and DAVID   :
CAMEO,   :

  :

Defendants.   :

-------------------------------------------------------------------X

1.      I consent to be a party plaintiff for all purposes in this lawsuit against the above-referenced defendants in order to seek redress for all claims asserted in the Complaint. I authorize Pechman Law Group PLLC to represent me in this case.

2.      I hereby designate and authorize Pechman Law Group PLLC to make all decisions on my behalf concerning the litigation and settlement of this lawsuit. I agree to be bound by the decisions made by Pechman Law Group PLLC on my behalf. I further agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that Pechman Law Group PLLC will petition the Court for attorneys' fees from any settlement or judgment amount in the amount of the greater of (i) the full amount of attorneys' fees awarded by the Court and paid by Defendants, or (ii) one-third (*i.e.*, 33.33%) of the gross aggregate monetary recovery computed on the net sum recovered less costs properly chargeable to the prosecution of the case.

Date: 6/8/2022

Signature: _____

Name: Selina Xinico Tol _____