ATTORNEY(S) : Pechman Law Group LLC
INDEX # :  1:22-cv-03474-AMD-PK
PURCHASED/FILED : June 14, 2022
STATE OF : NEW YORK
COURT : U. S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Selina Xinico Tol, on behalf of herself and all others similarly situated

Plaintiff(s)

against

Digital Direct and More Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age:  45 Yrs. |
| COUNTY OF ALBANY  )SS | | |
| CITY OF ALBANY        ) | | |

Weight:  160 Lbs.  Height:  5' 10"  Sex:  Female  Color of skin:  White

Hair color:  Blonde  Other:

**Robert Guyette**        , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on  **July 7, 2022**  , at  **1:14 PM**  , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons In A Civil Action & Class and Collective Action Complaint**

on

**Digital Direct and More Inc.**

the Defendant in this action, by delivering to and leaving with        **Amy Lesch**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of        $40        dollars; That said service was made pursuant to Section   **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th    day of        July 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires  November 3, 2022

Robert Guyette

**Invoice·Work Order # 2222119**
Attorney File #  **Xinico Tol**