# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

September 7, 2022

**VIA ECF**

Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: *Tol v. Digital Direct & More Inc. et al.*,
          22 Civ. 3474 (AMD)(PK) – Date of Status Conference

Dear Judge Kuo:

    We represent Plaintiff Selina Xinico Tol in the above-referenced matter. We write to request that the status conference scheduled for October 7, 2022, at 10:30 a.m. (ECF No. 13) be rescheduled to the morning of October 13, October 14, October 17, or October 18. This is the first time that Plaintiff makes this request. Because Defendants have not yet appeared in this Action, it is unknown whether they consent to this request.

    Plaintiff makes this request for two reasons. First, the undersigned will be unavailable from September 15 through October 7, 2022. Second, Plaintiff retained a process server today to attempt personal service on defendant David Cameo at three possible addresses. If Mr. Cameo is personally served, Plaintiff will file an affidavit of service by October 10, 2022. If service was not possible, the undersigned will instead file a status letter confirming so.

    We thank the Court for its time and attention to this matter and are available to answer the Court's questions if necessary.

                                               Very truly yours,

                                               */s/ Gianfranco J. Cuadra*

                                             Gianfranco J. Cuadra