UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SELINA XINICO TOL,                                             :
                                                               :
                        Plaintiff,                       :    **SCHEDULING ORDER**
                                                               :
               -against-                          :    22-cv-03474 (AMD)(PK)
                                                               :
DIGITAL DIRECT AND MORE INC.,                                  :
DAVID CAMEO,                                                   :
                                                               :
                      Defendants.                      :
                                                               :
                                                               :
---------------------------------------------------------------- X

**Peggy Kuo, United States Magistrate Judge:**

A status conference is scheduled by telephone for **October 25, 2022 at 11:00 am**. The parties are directed to call toll free **(877) 336-1274** and input the access code **1453850** at the time of the hearing. No additional security code is needed. Once all parties are on the line, the call will be connected. (The parties are reminded that, pursuant to Local Civil Rule 1.8, they may not independently record any court proceedings. A transcript of the proceedings may be ordered from the Clerk's Office.) **Defendants Digital Direct and More Inc. and David Cameo are directed to appear at this conference. Failure to appear at the conference may lead to the defendants being found in default.**

The Clerk of the Court is respectfully requested to mail a copy of this notice and the full docket to:

- Digital Direct and More Inc. – 1502 E 2nd Street, Brooklyn, New York 11230
- David Cameo - 1502 E 2nd Street, Brooklyn, New York 11230

1

SO ORDERED:

*Peggy Kuo*
_____
PEGGY KUO
United States Magistrate Judge

Dated:    Brooklyn, New York
            September 8, 2022

Plaintiff's Counsel via ECF:

Gianfranco J Cuadra
Pechman Law Group, PLLC
488 Madison Avenue, 11th Floor
New York, NY 10022

Louis Pechman
Pechman Law Group PLLC
488 Madison Avenue
New York, NY 10022