UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SELINA XINICO TOL, on behalf of herself and all :
others similarly situated,

                           :    **22 Civ. 3474 (AMD)(PK)**

               Plaintiff,      :

                           :

       -against-          :

                           :    **AFFIDAVIT OF SERVICE**

DIGITAL DIRECT AND MORE INC. d/b/a :
FULLFILLMENT CENTER and DAVID CAMEO, :

                           :

              Defendants.    :

-------------------------------------------------------------------X

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK )

        Miguelina Paulino, being duly sworn, deposes and says:

        I am over 18 years of age, reside in New York, New York, and am not a party to this action.

        On October 17, 2022, I mailed copies of the case's electronic docket sheet and the Court's Order of October 17, 2022, to Defendants' two addresses by first class mail in two separate envelopes:

| | |
|---|---|
| Digital Direct and More Inc. d/b/a<br>Fulfillment Center<br>Attn: David Cameo, Owner<br>1019 Elton Street<br>Brooklyn, New York 11208 | Digital Direct and More Inc.<br>Attn: David Cameo, Owner<br>1502 E. 2nd Street<br>Brooklyn, New York 11230 |

                                        _Miguelina Paulino_

Sworn to before me this
17th day of October 2022

_____
NOTARY PUBLIC

GIANFRANCO J. CUADRA
Notary Public, State of New York
No. 02CU6325359, Qualified in Kings County
Commission Expires on May 26, 20__